# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEROME E. MILKO, ) | |
| ) | CIVIL ACTION FILE NO.: |
| Plaintiff, ) | |
| ) | 1:25-cv-02088-SEG |
| v. ) | |
| ) | |
| NATIONAL ASSOCIATION OF ) | |
| REALTORS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

**COMES NOW,** Plaintiff Jerome E. Milko, pursuant to O.C.G.A. 9-11-4 (c), and shows this Court that service on Defendant National Association of Realtors (the "Defendant") is necessary and request the appointment of a special process server to serve the Defendant, as authorized under the law.

WHEREFORE, Plaintiff moves this Court for an Order appointing Nicholas Currie, who is not an interested party to the suit, is a citizen of the United States and 18 years or over, to serve the Defendant with process, and to make a return on that service pursuant to O.C.G.A. 9-11-4 (c).  Please see Affidavit of Special Process Server attached hereto as Exhibit "A".

**This** 17th day of April, 2025.

*[Signature on the following page]*

1

Respectfully submitted,

**WEENER NATHAN PHILLIPS LLP**

*/s/ Renee A. Morgan*
Renee A. Morgan
Georgia Bar No.: 193064
*Attorney for Plaintiff*

5887 Glenridge Drive, NE, Suite 275
Atlanta, Georgia 30328
Telephone: (770) 392-9004
Facsimile: (770) 522-9004
Email: rmorgan@wnpllp.com

# EXHIBIT "A"

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEROME E. MILKO, ) | |
| ) | CIVIL ACTION FILE NO.: |
| Plaintiff, ) | |
| ) | 1:25-cv-02088-SEG |
| v. ) | |
| ) | |
| NATIONAL ASSOCIATION OF ) | |
| REALTORS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**STATE OF ILLINOIS**
**COUNTY OF** Cook

**PERSONALLY APPEARED** before the undersigned notary public duly authorized to administer oaths in the State of Illinois, Nicholas Currie, who having been duly sworn, deposes and states as follows:

1.

I, Nicholas Currie, am over twenty-one (21) years of age and a citizen of the United States.

2.

I am a non-party to this action, not a convicted felon, and I am not related by employment or otherwise to Plaintiff, Plaintiff's attorney or the Defendant in the above-styled case.

1

**AFFIANT FURTHER SAYETH NOT.**

Sworn to and subscribed before me

the 16 day of April, 2025.

_Corey Scott Fertel_
NOTARY PUBLIC

My Commission Expires: 6/4/2028

[SEAL]

Notary Public, State of Illinois
Official Seal
Corey Scott Fertel
Commission # 991779
My Commission Expires 6/4/2028

Nicholas Currie

2