IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JEROME E. MILKO,** | ) |
| | ) **CIVIL ACTION FILE NO.:** |
| **Plaintiff,** | ) |
| | ) **1:25-cv-02088-SEG** |
| v. | ) |
| | ) |
| **NATIONAL ASSOCIATION OF REALTORS,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Per stipulation of the parties, and for good cause, it is hereby ORDERED that all discovery-related deadlines and other case deadlines, including not yet fulfilled discovery planning and disclosure obligations pursuant to Local Rules 16.1, 16.2, 26.1, and Federal Rule of Civil Procedure 26(c), are hereby STAYED until after the Court has entered an order on Defendant's pending Motion to Dismiss (ECF No. 8).

It is further ORDERED that the Parties shall request a scheduling conference with the Court within thirty (30) days of the Court's entry of an order on Defendant's Motion to Dismiss, should any claims survive dismissal.

- 2 -

It is further ORDERED that the Parties shall exchange Initial Disclosures within thirty (30) days of the Court's entry of an order on Defendant's Motion to Dismiss, should any claims survive dismissal.

Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss (ECF No. 12) is hereby DENIED AS MOOT.

SO ORDERED this 14th day of October, 2025.

_____
Honorable Sarah E. Geraghty
Judge, United States District Court
Northern District of Georgia